2

Case No: 06-1989

05-70667

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

F I L E D
AUG 2 4 2006
CLERK'S OFFICE
DETROIT

ORDER

ROSE LEWIS;

    Plaintiff - Appellant

BRIDGES DEYONE, et al.

    Plaintiffs

v.

THE CITY OF DETROIT

    Defendant - Appellee

**FILED**
AUG 2 3 2006
LEONARD GREEN, Clerk

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green/pge*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

LOUISE SCHWARBER
(513) 564-7088
(FAX) 564-7095
www.ca6.uscourts.gov

Filed: August 23, 2006

Steven T. Budaj

Joanne D. Stafford

RE: 06-1989
Lewis vs. Detroit
District Court No. 05-70667

Dear Counsel:

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Patricia J. Elder
Senior Case Manager

Enclosure

cc: Honorable Patrick J. Duggan
Mr. David J. Weaver